

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00564-CV

**IN THE INTEREST OF K.M.G.** and G.S.G., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016EM500250
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Laura Ochoa.

SIGNED August 15, 2018.

_____
Rebeca C. Martinez, Justice